**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-00592-REB-MEH

STEVEN ACKERMAN,

     Applicant,

v.

RENE GARCIA, Warden, FCI Englewood

     Respondent(s).

---

**ORDER REFERRING HABEAS PETITION TO MAGISTRATE JUDGE FOR
REPORT AND RECOMMENDATION**

---

**Blackburn, J.**

     This matter comes before the Court, *sua sponte*.

     **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), and D.C.COLO.LCivR 72.1C.3, the United States Magistrate Judge is designated to conduct proceedings in this action as follows:

     (X)    Hear and determine pretrial matters, as referred.

     (X)    Provide a report and recommendation with regard to the petition.

     **IT IS FURTHER ORDERED that parties and counsel shall be familiar and comply with the undersigned judge's requirements found at www.cod.uscourts.gov.**

     Dated July 12, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge