**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00592-REB-MEH

STEVEN ACKERMAN,

    Applicant,

v.

RENE G. GARCIA, Warden, FCI Englewood,

    Respondent.

---

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    The matter before me is the **Recommendation on Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#21][1] filed August 19, 2011. The applicant filed an objection [#22], which he supplemented [#25]. The respondent filed a response [#26] to the objection, and the applicant filed a reply [#27] to the response. I overrule the objections, adopt the recommendation, and deny the application for habeas relief.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed. I have considered carefully the record, recommendation, objection, response, reply, and applicable caselaw.

    Moreover, because the applicant is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200,

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).  As required, I have not acted as an advocate for the pro se litigant. *Hall*, 935 F.2d at 1110.

The recommendation is detailed and correctly applies the apposite law to the uncontroverted facts.  Contrastingly, applicant's objection and reply misapprehends and misapplies the applicable law.

Therefore, I find and conclude ultimately that the reasons stated, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#21] filed August 19, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in the objection [#22] (as supplemented by [#25]) and the reply [#27] are **OVERRULED**;

3. That the **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#1] filed March 9, 2011, is **DENIED**; and

4. That this action is **DISMISSED WITH PREJUDICE**.

Dated September 26, 2011, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    */s/ Robert E. Blackburn*
                                                    Robert E. Blackburn
                                                    United States District Judge